STATE OF NEW JERSEY v. DOUGLAS ROBINSON.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD JOHNSON.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEAR.

June 21, 1988.

Petition for certification denied.

FRANK BURBRIDGE v. THE GOVERNING BODY OF THE
TOWNSHIP OF MINE HILL AND JOHN G. PASCHAL.

June 21, 1988.

Petition for certification granted.